UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| STEVE D. LANDERS | CIVIL ACTION |
|---|---|
| VERSUS | NO: 08-1293-MVL-SS |
| KEVIN GROS OFFSHORE, L.L.C. | |

## ORDER

LANDERS' MOTION TO QUASH (Rec. doc. 283)

**DENIED**

Before the court is the motion of the plaintiff, Steve D. Landers ("Landers"), to quash a subpoena served on Dr. Roberta Bell. The subpoena was issued at the request of the defendant, Bollinger Amelia Repair ("Bollinger"). Landers contends that: (1) there was no notice to him of the subpoena; (2) a subpoena for records should be accompanied by a notice of deposition; and (3) Bollinger wants Dr. Bell to deliver the records to Dr. Kevin Greve, who is not an expert witness and who has not prepared a report.

The issue of whether notice was required is moot. Landers received notice of the subpoena, presumably from Dr. Bell, before the records were produced. In response to Landers' motion, Dr. Bell was relieved from responding to the subpoena until the resolution of the motion. Rec. doc. 285.

The parties did not submit a copy of the subpoena. Landers describes it as seeking confidential psychological testing materials. Bollinger contends that the records are relevant because they relate to Landers' mental state, which is at issue in the litigation.

Landers urges that the information is not discoverable because Dr. Greve is not an expert witness. Bollinger reports that Dr. Greve, a neuropsychologist, was listed in its supplement witness

list filed on September 28, 2009.[1]  Bollinger contends that: (a) there is no deadline for the reports of experts; and (b) as soon as it receives the information from Dr. Bell, Dr. Greve will be able to prepare the report.

Dr. Bell shall produce the information to Bollinger.  The issue of the timeliness of any report by Dr. Greve and his ability to testify as an expert must be resolved by the District Judge.

IT IS ORDERED that: (1) Landers' motion to quash subpoena served on Dr. Roberta Bell (Rec. doc. 283) is DENIED; and (2) **within three (3) working days of the entry of this order Landers shall arrange for the delivery of the records sought from Dr. Bell to Bollinger**.

New Orleans, Louisiana, this 18th day of December, 2009.

**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] The listing is "Kevin W. Greve, Ph.D., 3939 Houma Blvd., Suite #223, Metairie, LA 7006, may be called to testify about the facts surrounding the alleged June 12, 2006 incident." Rec. doc. 267.